FILED IN CHAMBERS
U.S.D.C. - Atlanta

AUG 29 2012

By: James N. Hatten, Clerk
Deputy Clerk


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSE MANUEL BAUTISTA-LOPEZ, | : | |
| Movant | : | CRIMINAL ACTION FILE NO. |
| | : | 1:11-CR-134-ODE-AJB |
| v. | : | |
| | : | CIVIL ACTION FILE NO. |
| UNITED STATES OF AMERICA, | : | 1:12-CV-916-ODE-AJB |
| Respondent | : | |

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed July 26, 2012 in Criminal Action No. 1:11-CR-134-ODE-AJB [Doc. 26]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Movant's Motion to Vacate Sentence be denied and that Movant be denied a certificate of appealability. The Magistrate Judge further recommends that Civil Action No. 1:12-CV-916-ODE-AJB be dismissed.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, the Motion to Vacate Sentence [Doc. 18] is DENIED, and a Certificate of Appealability is DENIED. Civil Action No. 1:12-CV-916-ODE-AJB is DISMISSED.

SO ORDERED, this __29__ day of August, 2012.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE